UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
KINGVISION PAY PER VIEW CORP., LTD.,

                Plaintiff,

       -against-

REIS WINE AND FOOD BAR CORPORATION d/b/a Bar
Reis, and REIS GOLDBERG, individually and as an
officer, director, and/or shareholder of Reis Wine and Food
Bar Corporation; MARITZA'S CAFÉ CORP., and
MARITZA L. FELIX, individually and as an officer,
director, and/or shareholder of Martiza's Café Corp.,

                Defendants.
------------------------------------------------------------------ X

05 CV 5632 (ARR)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated July 13, 2006 from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, default judgment is entered against defendants Maritza L. Felix and Martiza's Café Corporation in the amount of $10,800, which includes $10,000 in statutory and enhanced damages and $800 in attorney's fees and costs. The Clerk of the Court is directed enter judgment accordingly.

       SO ORDERED.

                                          Allyne R. Ross
                                          United States District Judge

Dated: August 2, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiff:*
Richard Alan Klass
16 Court Street, 29th Floor
Brooklyn, NY 11241

*Defendants:*
Maritza L. Felix and Martiza's Café Corporation
679 5th Avenue
Brooklyn, New York 11215

cc: Magistrate Ramon E. Reyes, Jr.