UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KINGVISION PAY PER VIEW CORP., LTD.,

                    Plaintiff,

-against-

REIS WINE AND FOOD BAR CORPORATION d/b/a Bar Reis, and REIS GOLDBERG, individually and as an officer, director, and/or shareholder of Rein Wine and Food Bar Corporation; MARITZA'S CAFÉ CORP., and MARITZA L. FELIX, individually and as an officer, director, and/or shareholder of Maritza's Café Corp.,

                    Defendants.
----------------------------------------X

JUDGMENT
05-CV- 5632 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on August 8, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated July 13, 2006, after a *de novo* review of the record; and directing the Clerk of Court to enter a default judgment against defendants Maritza L. Felix and Maritza's Café Corporation in the amount of $10,800.00, which includes $10,000.00 in statutory and enhanced damages and $800.00 in attorney's fees and costs; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered in favor of plaintiff, Kingvision Pay Per View Corp., Ltd., and against defendants, Maritza L. Felix and Maritza's Café Corporation in the amount of $10,800.00, which includes $10,000.00 in statutory and enhanced damages and $800.00 in attorney's fees and costs.

Dated: Brooklyn, New York
        August 08, 2006

                                          ROBERT C. HEINEMANN
                                          Clerk of Court